No. 82–1669.   IN RE WRIGHT.   Petition for writ of prohibition denied.

No. 82–1684.   DONOVAN, SECRETARY OF LABOR, ET AL. v. LONE STEER, INC.   Appeal from D. C. N. D.   Probable jurisdiction noted.

No. 82–206.   FIREFIGHTERS LOCAL UNION NO. 1784 v. STOTTS ET AL.; and
No. 82–229.   MEMPHIS FIRE DEPARTMENT ET AL. v. STOTTS ET AL.   C. A. 6th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 679 F. 2d 541.

No. 82–1554.   STRICKLAND, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. v. WASHINGTON.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1637.   ERNESTO ZARAGOZA Y. v. UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–583.   HETTLEMAN, SECRETARY, DEPARTMENT OF HUMAN RESOURCES, ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–1231.   BROOKS ET AL. v. WALKER COUNTY HOSPITAL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–1413.   WOLKENSTEIN ET AL. v. REVILLE ET AL. C. A. 2d Cir.   Certiorari denied.